Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−19668−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Williams
   16 Hargrove Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−0697

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2016
JJW: dmi

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-19668-CMG
Michele Williams                                                        Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 08, 2016
                              Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db             +Michele Williams,    16 Hargrove Lane,    Willingboro, NJ 08046-1710
516185839       COMENITY BANK,    120 Corporate Blvd,    Norfolk, VA 23502-4962
516185840       Cooper University Hospital,    PO Box 1022,    Wixom, MI 48393-1022
516185842       DIAGNOSTIC PATHOLOGY CONSULTANTS,    520e 22nd Street,    Lombard, IL 60148-6110
516185843       Division of Taxation,    State of New Jersey,    50 Barrack St,    Trenton, NJ 08608-2006
516185844       Emergency Physician Services of NJ, PA,    1643 NW 136th Ave Ste 100,    Sunrise, FL 33323-2857
516185846       Emergency Physicians Assoc Of South Jers,    1643 NW 136th Ave Ste 100,
                 Sunrise, FL 33323-2857
516185845       Emergency Physicians Assoc Of South Jers,    PO Box 740021,    Cincinnati, OH 45274-0021
516185847       Emergency Physicians Assoc Of South Jers,    C/O ARS Account Resolution,
                 1643 NW 136th Ave Ste 100,    Sunrise, FL 33323-2857
516185848       Endeavor Emergency Squa,    PO Box 1016,    Voorhees, NJ 08043-7016
516185850       Liberty Mutual,    2 Wells Ave,    Newton, MA 02459-3225
516185851       Lourdes Health System,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516185852       Lourdes Imaging Assoc, PA,    PO Box 95000-2840,    Philadelphia, PA 19195-2840
516185853       Lourdes Medical Center Of Burlington Co,    PO Box 822112,    Philadelphia, PA 19182-2112
516185855      +MEDICAL-EMERGENCY PHY ASSOC OF S JERSEY,    1643 HARRISON PKWYSUITE 100,
                 C/O Account Resolutions Service,    SUNRISE, FL 33323-2857
516185856       PENN MEDICINE,    1007 N Federal Hwy # 280,    Fort Lauderdale, FL 33304-1422
516185857       Queen's Park Oval Asset Holding Trust,    c/o Powers Kirn,    728 Marne Hwy Ste 200,
                 Moorestown, NJ 08057-3128
516185858       Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
516281193     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
516185861       South Jersey Emergency Physicians,    444 Highway 96 E,    Saint Paul, MN 55127-2557
516185859       South Jersey Emergency Physicians,    444 Highway 96 E # 64886,    Saint Paul, MN 55127-2557
516185860       South Jersey Emergency Physicians,    P.O. Box 416052,    Boston, MA 02241-6052
516185862       Southern Jersey Family Medical Centers,    PO Box 1208,    Hammonton, NJ 08037-5208
516185863       Sprint,    800 SW 39th St,    Renton, WA 98057-4975
516185864       T-Mobile,    c/o Enhanced Recovery Corporation,    PO Box 57547,    Jacksonville, FL 32241-7547
516185869       VIRTUA HEALTH MEMORIAL,    2 BRIGHTON ROAD MAIL PROCESSING CENTER,    CLIFTON, NJ 07012-0000
516185870       VIRTUA HEALTH MEMORIAL,    PO BOX 8500-7542,    PHILADELPHIA, PA 19178-7542
516185872       VIRTUA Helath Memiorial,    PO Box 7542,    Philadelphia, PA 19101-7542
516185865       Verizon,    c/o Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
516185866       Verizon,    c/o Trident Asset Managment,    PO Box 888424,    Atlanta, GA 30356-0424
516185867       Virtua Cardiology Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
516185868       Virtua Health - Memorial,    111 Lancewood Rd,    Columbia, SC 29210-7523
516185871       Virtua Health System-Memorial,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2016 23:06:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2016 23:06:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516185841       E-mail/Text: legal-dept@cooperhealth.edu Aug 08 2016 23:06:37      Cooper University Physicians,
                 PO Box 95000,    Philadelphia, PA 19195-0001
516185849      +EDI: IRS.COM Aug 08 2016 22:53:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516185854*      Lourdes Medical Center Of Burlington Co,    P.O. Box 822112,    Philadelphia, PA 19182-2112
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2016
                               Form ID: 148             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Michele   Williams dcgoins@yahoo.com,
           G25787@notify.cincompass.com
          William M.E. Powers    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
           ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
           ecf@powerskirn.com
                                                                                   TOTAL: 6
```