| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on August 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Michele Williams

Case No.: 16-19668 / CMG

Hearing Date: August 3, 2016

Judge:  Christine M. Gravelle

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 8, 2016**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Page 1 of 2

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-19668-CMG
Michele Williams　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 08, 2016
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db　　　　　　+Michele Williams,    16 Hargrove Lane,    Willingboro, NJ 08046-1710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
　　　　　　Albert     Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
　　　　　　Albert     Russo    docs@russotrustee.com
　　　　　　Denise E. Carlon    on behalf of Creditor     Queen's Park Oval Asset Holding Trust
　　　　　　 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
　　　　　　Donald C. Goins    on behalf of Debtor Michele    Williams dcgoins@yahoo.com,
　　　　　　 G25787@notify.cincompass.com
　　　　　　William M.E. Powers    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
　　　　　　 ecf@powerskirn.com
　　　　　　William M.E. Powers, III    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
　　　　　　 ecf@powerskirn.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6